UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDRES MORA,

                Plaintiff,

  -against-

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5247 (NG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ APR 1 3 2007 ★
P.M. _____
TIME A.M. _____

        An Order of Honorable Nina Gershon, United States District Judge, having been filed on April 12, 2007, granting defendant's motion for remand; and remanding the case to the Commissioner of Social Security for a new hearing regarding plaintiff's application for benefits; it is

        ORDERED and ADJUDGED that defendant's motion for remand is granted; and that the case is remanded to the Commissioner of Social Security for a new hearing regarding plaintiff's application for benefits.


Dated: Brooklyn, New York
       April 13, 2007

                                                ROBERT C. HEINEMANN
                                                Clerk of Court